UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE<br>I.A.M. NATIONAL PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ST. CATHERINE OF SIENA<br>MEDICAL CENTER<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:08-cv-0264-ESH<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Board of Trustees of the I.A.M. National Pension Fund, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby notifies the Court that it dismisses its Complaint against Defendant St. Catherine of Siena Medical Center without prejudice. This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendant.

Respectfully submitted,

Dated: May 1, 2008

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Facsimile: (202) 327-1200

By: _____
R. Richard Hopp (Bar No. 432221)
*Attorneys for the Plaintiff*

SO ORDERED, THIS ___ DAY OF MAY, 2008

_____
United States District Court Judge
Ellen S. Huvelle

175137_1